# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| DEVIN REGAL, et al., <br>     Plaintiffs, <br> v. <br> COUNTY OF SANTA CLARA, et al., <br>     Defendants. | Case No. 5:22-cv-04321-BLF <br><br> **JUDGMENT** |

In accordance with the jury's verdict, attached hereto; the Order Granting in Part and Denying in Part Defendants' Motion for Summary Judgment (Dkt. No. 131); and the Order Granting in Part and Denying in Part Motion to Dismiss First Amended Complaint, Without Leave to Amend (Dkt. No. 75),

It is hereby ordered and adjudged that Judgment is entered for Defendants County of Santa Clara, Consuelo Garcia, and Omar Cevallos and against Plaintiffs Estate of Frederick Inea Regal, Devin Regal, E.R., and C.R., a minor, by and through her guardian *ad litem* Michael Leitchman, on all claims alleged against Defendants County of Santa Clara, Consuelo Garcia, and Omar Cevallos.

**IT IS SO ADJUDGED AND ORDERED.**

Dated: July 10, 2025

                                           BETH LABSON FREEMAN
                                           United States District Judge